**United States Bankruptcy Court**
**Middle District of Florida**

FILED VIA MAIL

JUN -9 2014

In Re:

|                    |   |
|--------------------|---|
| **MapSource, Inc.** | ) |
|                    | ) |
|                    | ) Bankruptcy Case No. **8:08-bk-00987 CPM** |
|                    | ) |
|                    | ) Chapter 7 |
| Debtor(s)          | ) |

CLERK US BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

---

**Motion For Payment of Unclaimed Funds**
**Under 28 U.S.C. Section 2042**

Applicant, **ADAMS & COHEN**, applies to this court for entry of an order directing the clerk of the court to remit to applicant the sum of **$10,727.77**, said funds having deposited into the Treasury of the United States pursuant to 28 U.S.C. Section 2041 as unclaimed funds for claimant **Larry Epstein**, applicant further states that:

1.  Applicant is a "funds locator" who has been retained by the claimant. Applicant has obtained an original **"power of attorney"** from **Barry Epstein**, the successor of Larry Epstein, the individual claimant named as the claimant in the notice of deposit of funds into the court. **An original "power of attorney", conforming to the Official Bankruptcy Form is attached and made part of this Motion.**

2.  Applicant has provided notice of this Motion to the U.S. Attorney and U.S. Trustee pursuant to 28 U.S.C. Section 2042. A Certificate of Service is attached to this Motion.

3.  The Claimant is entitled to these funds because they legally and rightfully belong to him/her.

Dated: 6-4-14

Barry Epstein, Successor of Claimant
Name of Original Claimant
11922 Waterwood Drive
Boca Raton, FL 33428
Telephone: (561) 862-0000
Claimant's Current Address

Signature of Applicant
Jairo A. Camargo/ Manager
Name and Title of Applicant
**ADAMS & COHEN**
Company Name
P.O. Box 546293
Miami Beach, FL 33154
Company Address
Phone: (888) 978-9990

## United States Bankruptcy Court
## Middle District of Florida

In Re:

**MapSource, Inc.**

Debtor(s)

)
)
)
)
)
)

Bankruptcy Case No. **8:08-bk-00987 CPM**

Chapter 7

### CERTIFICATE OF SERVICE

Notice is hereby given that on _6-4-14_, a copy of the Motion for Payment of Unclaimed Funds was served on the U.S. Attorney and U.S. Trustee, per 28 U.S.C., Section 2042, at the following addresses by U.S. Mail:

U.S. Attorney
Attn: Civil Procedures Clerk
400 N. Tampa Street, Suite 3200
Tampa, FL 33602

U.S. Trustee
501 E. Polk Street, Suite 1200
Tampa, FL 33602

Jairo A. Camargo
**ADAMS & COHEN**

## United States Bankruptcy Court
## Middle District of Florida

In Re:

                            )

**MapSource, Inc.**          )

                            )    Bankruptcy Case No. **8:08-bk-00987 CPM**

                            )

                            )    Chapter 7

Debtor(s)                 )

---

### AFFIDAVIT OF PERSONAL REPRESENTATIVE

    I, **Jairo A. Camargo of ADAMS & COHEN,** have consent of the claimant to make an application for the release of unclaimed funds. I have made all reasonable efforts required and believe to the best of my knowledge that **Barry Epstein** is/ are  legally entitled to the unclaimed funds in this application.

    I am familiar with the State of Florida requirements for acting as a personal representative or attorney in fact.

_____
Jairo A. Camargo

**Sworn and Subscribed** before me on this 4th of JUNE _____, 2014.

_____
Notary Public

Oslenys B. Alba
COMMISSION # EE 073660
EXPIRES: MAY 13, 2015
WWW.AARONNOTARY.com

### AFFIDAVIT OF NEXT OF KIN

**I, Barry Epstein,** State the following:

1.) I am the father of Larry Epstein, date of birth November 28, 1964.

2.) My son passed away on November 1, 2010 in Orlando, Florida.

3.) There was no will left by my son.

4.) I am the next of kin of my son, Larry Epstein.

I hereby certify that the foregoing statements are true and correct.



Barry Epstein

Date: 5/28/14

SWORN and SUBSCRIBED before me on this ___28th___ day of ___May___, 2014.

State of Florida Notary Public

My Commission Expires: July. 31. 2015

VIVIANE ALTER
Notary Public - State of Florida
My Comm. Expires Jul 31, 2015
Commission # EE 117508
Bonded Through National Notary Assn.

## LIMITED POWER OF ATTORNEY
### (For one transaction only)

    **I, Barry Epstein,** do hereby grant to ***ADAMS & COHEN***, my sole true and lawful attorney-in-fact for me and my name, place and stead, giving unto my attorney-in-fact full power to do and perform, on an exclusive basis, all and every act not constituting the practice of law that I may legally do through an attorney-in-fact, for the following **limited purpose only and for no other:**

To reclaim, recover, and return unclaimed funds in the amount of **$10,727.77.**

**This Limited Power of Attorney is specifically limited to the collection and disbursement of the above named funds and shall expire upon completion of this collection.** I authorize the use of a photocopy of this Power of Attorney, in lieu of the original.

I do hereby certify that the foregoing is true and correct.

_____
Signature

## NOTARY ACKNOWLEDGMENT

State of _Florida_

SUBSCRIBED AND SWORN on the _28th_ day of _May_, 2014 before me, personally appeared _Barry Epstein_, personally known to me or proved to me on the basis of satisfactory evidence (see identification below) to be the person whose name is subscribed to within instrument and acknowledgment to me, that they executed the same in their authorized capacity, and that by their signature on the instrument the person or their entity upon behalf of which the person acted executed the instrument.

**Identification for the above named was Drivers License No. (or specify other identification):** _FLDL E123076421020 x 320_

WITNESS my hand and official seal,

Signature _Viviane Altif_
Notary Public

My commission expires: _July, 31. 2015_



VIVIANE ALTIF
Notary Public - State of Florida
My Comm. Expires Jul 31, 2015
Commission # EE 117508
Bonded Through National Notary Assn.



THIS DOCUMENT HAS A LIGHT BACKGROUND ON TRUE WATERMARKED PAPER — HOLD TO LIGHT TO VERIFY FLORIDA WATERMARK

BUREAU of VITAL STATISTICS

# CERTIFICATION OF DEATH

**STATE FILE NUMBER:** 2010143440     **DATE ISSUED:** June 2, 2014

## DECEDENT INFORMATION

**STATE FILE DATE:** November 5, 2010

NAME: LARRY EPSTEIN

DATE OF DEATH: FOUND ON November 1, 2010    SEX: MALE     AGE: 045 YEARS
DATE OF BIRTH: November 28, 1964    SSN: 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
BIRTHPLACE: NEW YORK, UNITED STATES
PLACE WHERE DEATH OCCURRED: DECEDENT'S HOME
FACILITY NAME OR STREET ADDRESS: 7328 PENFIELD COURT
LOCATION OF DEATH: ORLANDO, ORANGE COUNTY

## SURVIVING SPOUSE, DECEDENT'S RESIDENCE AND HISTORY INFORMATION

MARITAL STATUS: NEVER-MARRIED
SPOUSE (IF FEMALE, MAIDEN NAME): NONE
RESIDENCE: 7328 PENFIELD CT., ORLANDO, FLORIDA 32818, UNITED STATES
COUNTY: ORANGE
OCCUPATION, INDUSTRY: CARTOGRAPHER, MAPS
RACE: __X__ White   ____Black or African American   ____Asian Indian   ____Chinese   ____Filipino   ____Native Hawaiian
____American Indian or Alaskan Native--Tribe:                ____Japanese   ____Korean   ____Vietnamese
____Guamian or Chamorro      ____Samoan      ____Other Pacific Isl.
____Other Asian:                 ____Other:                      ____Unknown
HISPANIC OR HAITIAN ORIGIN? NO, NOT OF HISPANIC/HAITIAN ORIGIN
EDUCATION: BACHELORS DEGREE       EVER IN U.S. ARMED FORCES? NO

## PARENTS AND INFORMANT INFORMATION

FATHER: BARRY EPSTEIN
MOTHER: JUDY LYNN STENDER
INFORMANT: BARRY EPSTEIN
RELATIONSHIP TO DECEDENT: FATHER
INFORMANT'S ADDRESS: 11922 WATERWOOD DRIVE, BOCA RATON, FLORIDA 33428, UNITED STATES

## PLACE OF DISPOSITION AND FUNERAL FACILITY INFORMATION

PLACE OF DISPOSITION: A COMMUNITY FUNERAL HOME & SUNSET CREMATIONS
                          ORLANDO, FLORIDA
METHOD OF DISPOSITION: CREMATION
FUNERAL DIRECTOR/LICENSE NUMBER: F022549
FUNERAL FACILITY: A COMMUNITY FUNERAL HOME & SUNSET CREMATIONS
                    910 W. MICHIGAN ST., ORLANDO, FLORIDA 32805

## CERTIFIER INFORMATION

TYPE OF CERTIFIER: MEDICAL EXAMINER       MEDICAL EXAMINER CASE NUMBER: 100901261
TIME OF DEATH (24 hr): 1720
CERTIFIER'S NAME: SARA H. IRRGANG, MD ASSOCIATE MEDICAL EX
CERTIFIER'S LICENSE NUMBER: ME13303
NAME OF ATTENDING PHYSICIAN (If other than Certifier): NOT ENTERED

THE ABOVE SIGNATURE CERTIFIES THAT THIS IS A TRUE COPY OF THE OFFICIAL RECORD ON FILE IN THIS OFFICE

**State Registrar**

**WARNING:** THIS DOCUMENT IS PRINTED OR PHOTOCOPIED ON SECURITY PAPER WITH WATERMARKS OF THE GREAT SEAL OF THE STATE OF FLORIDA. DO NOT ACCEPT WITHOUT VERIFYING THE PRESENCE OF THE WATERMARKS. THE DOCUMENT FACE CONTAINS A MULTICOLORED BACKGROUND, GOLD EMBOSSED SEAL, AND THERMOCHROMIC FL. THE BACK CONTAINS SPECIAL LINES WITH TEXT. THE DOCUMENT WILL NOT PRODUCE A COLOR COPY.

REQ: 2014930607

DH FORM 1946 (09-13)



CERTIFICATION OF VITAL RECORD

*3 1 9 9 2 4 5 9*



Florida HEALTH



Eldest son of public relations executive dies in Orlando - Orlando Tribune | Your Boca Raton Newspaper | Your Boca Raton News Provider

Case 8:08-bk-00987-CPM   Doc 66   Filed 06/09/14   Page 8 of 9

5/27/14, 4:04 PM



Subscribe to
RSS FEED

Tags

Larry Marc Epstein, son of Barry Epstein, died in his sleep Nov. 1 in Orlando of a heart condition. He would have been 46 on Nov. 28. A graduate of Boone High School in Orlando, he graduated from the University of Miami with a business degree. A cartographer by profession, he worked at Dolph Map Company in Fort Lauderdale and later at Universal Map Company in Orlando, before starting his own business with his partner Lance Fraker, GIS Cartography and Publishing Services, LLC.



Larry Epstein

Larry Epstein's passion for maps started when he was 5 years old, by collecting maps his father and grandfather would bring home from business trips or vacations. A graduate of the University of Miami in Coral Gables, Florida with a degree in Business Administration, Larry began his career and experience in the mapping industry with a summer position at the Broward County, Florida, Publications office. This office produced the street maps for county emergency managers, 9-1-1, fire and sheriff's offices.

During his 27 years in the public and private sector of the map industry he learned the fundamental elements of cartography including map research, compilation, drafting, editing, map layout, etc. He has been involved with the technological change of the map industry from the "old school" hand-drawn maps to the "new school" digital map era.

His hobby was to be in every county in the United States and he was 87% done, recently going to Hawaii to

Eldest son of public relations executive dies in Orlando | The Boca Raton Tribune | Your Boca Raton Newspaper| Your Boca Raton News Provider    5/27/14, 4:04 PM

Case 8:08-bk-00987-CPM    Doc 66    Filed 06/09/14    Page 9 of 9

pick up those counties. He had some in Alaska and the tip of Maine to complete, along with a few in the Midwest. It was announced at his funeral that his friends were going to complete his project, dividing up the counties amongst them and setting up an email, counties4larry@gmail.com.

He founded and was the president of the Central Florida Cleveland Browns Fan Club and built the membership up to over 1,000, many of which met at a local facility every Sunday. Some have said Larry had a hand in the Browns recent upset over the New England Patriots. He was also a rabid fan of his Alma Mater, the University of Miami Hurricanes, who also won their game Saturday.

Services were held in Orlando and a celebration of his life will be held Dec. 4, for those who were unable to attend the funeral on such short notice.
He is survived by his father Barry Epstein, step-mother Joanne Epstein, step-brother Jaret Epstein, nephews Mark and Ryan Connell and myriads of friends.
Donations in memory of Larry Epstein can be made to: the Interdisciplinary Stem Cell Institute at University of Miami Miller School of Medicine P.O. Box 016960 (R-125) Biomedical Research Building 1501 N.W. 10 Avenue, Suite 818, Miami, Florida 33136 Memo section: In memory of **Larry Epstein. -30-**



## Hoover's - Official Site

🔖 hoovers.com

Company profiles, up-to-date news, & more. Search our listings now!

**Related News**





Like  〈 0    8+1  〈 0           Tweet 〈 0

## City of Boca Raton Announced Summer Music Series at Downtowns Boca's Mizner Park Emphitheater



## National Enquirer Packing its bags for New York, Getting new Editor