UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA, TAMPA DIVISION

RE:   )
      )   Case No. 08-00987-CPM
Mapsource, Inc.   )
      )   Judge – Catherine Peek McEwen
Debtor(s)   )

## MOTION FOR PAYMENT OF UNCLAIMED FUNDS

Dilks & Knopik, LLC, attorney-in-fact for Dex Media, Inc., Claimant, hereby petitions the Court for $2,948.05, which is the sum of all monies being held in the Registry of the Clerk, United States Bankruptcy Court, as unclaimed funds, which are due to, Verizon Directories, creditor.

The creditor did not receive the dividend check in the above case for the following reason:

Dividends were not collected by the creditor, Verizon Directories. Verizon Directories Corp. changed its name to Idearc Media Corp, as evidenced by Exhibit A. Idearc Media Corp converted to a Limited Liability Company as Idearc Media LLC, as evidenced by Exhibit B. Idearc Media LLC changed its name to SuperMedia LLC, as evidenced by Exhibit C. SuperMedia LLC is a wholly owned subsidiary of Dex Media, Inc., as evidenced by Exhibit D. Clifford Wilson is an authorized signatory and officer for both SuperMedia LLC and Dex Media, Inc., as evidenced by Exhibit E.

The creditor's current mailing address is:

Dex Media, Inc.
Attn: Clifford E. Wilson Vice President and Assistant Treasurer
2200 W Airfield Dr PO Box 619810
DFW Airport, TX 75261
972.453.6188
Last Four Digits of SSN or full TIN: 13-2740040

Dilks & Knopik, LLC now seeks to recover the funds from the Court's Registry. Wherefore, Dilks & Knopik, LLC prays that the Court order that a check in the amount of $2,948.05 made payable to Dex Media, Inc. c/o Dilks & Knopik, LLC, 35308 SE Center Street, Snoqualmie, WA 98065-9216 be issued form the Courts Registry.

Date: December 30, 2015

Brian J. Dilks
Dilks & Knopik, LLC
35308 SE Center Street
Snoqualmie, WA 98065-9216

Sworn and subscribed to before me
this 30th day of December, 2015

Andrew T. Drake, Notary Public
for State of Washington, County of King
Commission Expires: September 9, 2019

## AFFIDAVIT OF FUNDS LOCATOR

I, <u>Brian J. Dilks of Dilks & Knopik, LLC</u>, have obtained the consent of the claimant to make application for the unclaimed funds as provided in this application. I have made all reasonable efforts required to believe to the best of my knowledge that Dex Media, Inc. is legally entitled to the unclaimed funds referenced in this application. To the best of my knowledge and belief, I am familiar with State of Florida requirements for acting in the capacity as a personal representative (or Attorney-in-fact).

Dated December 30, 2015

_____
Brian J. Dilks
Dilks & Knopik, LLC
Attorney in Fact for
Dex Media, Inc.

## AFFIDAVIT OF SERVICE ON THE UNITED STATES ATTORNEY

In compliance with 28 USC section 2042, notice is hereby given that on <u>December 30, 2015</u> a <u>copy</u> of the Application for Release of Unclaimed Funds was served on the United States Attorney for the Middle District of Florida by U.S. Mail (postage fully paid) at the following addresses:

U.S. Attorney
Attn: Civil Procedures Clerk
400 N .Tampa Street, Ste 3200
Tampa, FL 33602

Date: December 30, 2015

Brian J. Dilks
Dilks & Knopik, LLC

Sworn and subscribed to, before me this 30th day of December, 2015

Andrew T. Drake, Notary Public
for State of Washington, County of King
Commission Expires: <u>September 9, 2019</u>



## CERTIFICATE OF SERVICE OF APPLICATION

Notice is hereby given that on December 30, 2015 a copy of the Application for Release of Unclaimed Funds was served on the following parties for the Middle District of Florida by U.S. Mail at the following addresses:

U.S. Attorney
Attn: Civil Procedures Clerk
400 N .Tampa Street, Ste 3200
Tampa, FL 33602

U.S. Trustee
501 E. Polk Street, Suite 1200
Tampa, FL 33602

Mapsource, Inc.
14821 Feather Cove Lane
Clearwater, FL 33762

Furthermore, a copy of the Application for Release of Unclaimed Funds was served on the following parties for the Middle District of Florida by electronic mail at the following email addresses:

Attorney for Debtor
Frank A Principe
prinlaw@prodigy.net

Case Trustee
Douglas N Menchise
Dmenchise@verizon.net

Dated: December 30, 2015

_____
Brian J. Dilks, Managing Member
Dilks & Knopik, LLC
Attorney-in-Fact for
Dex Media, Inc.

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA

RE: Mapsource, Inc.                )          Case: 08-00987-CPM
                                   )
                                   )          **AUTHORITY TO ACT**
                                   )          **Limited Power of Attorney**
                                   )          **Limited to one Transaction**
          Debtor(s)                )

### USED ONLY TO COLLECT FUNDS FROM THE ABOVE REFERENCED CASE

1. **Dex Media, Inc.** with a tax identification number of **13-2740040**, ("CLIENT"), appoints **Dilks & Knopik, LLC** ("D&K"), as its lawful attorney in fact for the limited purpose of recovering, receiving and obtaining information pertaining to the outstanding tender of funds in the amount of **$2,948.05** (the "FUNDS"), including the right to collect on CLIENT's behalf any such funds that are held by a governmental agency or authority.

2. CLIENT grants to D&K the authority to do all things legally permissible and reasonably necessary to recover or obtain the FUNDS held by the governmental agency or authority. This limited authority includes the right to receive all communications from the governmental agency or authority and to deposit checks payable to CLIENT for distribution of the FUNDS to CLIENT, less the fee payable to D&K pursuant to and in accordance with its agreement with CLIENT.

3. D&K may not make any expenditure or incur any costs or fees on behalf of CLIENT without CLIENT's prior written consent.

4. This Authority to Act shall become effective on the below signed date and shall expire upon collection of the aforementioned FUNDS. I authorize the use of a photocopy of this Limited Power of Attorney in lieu of the original.

_____          _____12-17_____, 20 15
Clifford E. Wilson - Vice President and Assistant Treasurer
                                                                Date

**dex media.**

▲ **Clifford (Cliff) E. Wilson**
Vice President and Assistant Treasurer

cliff.wilson@dexmedia.com

2200 West Airfield Dr, PO Box 619810
D/FW Airport, TX 75261
P 972.453.6188   M 214.789.3976
F 877.271.5902                       DexMedia.com
*Your Trusted Local Marketing Partner*

ACKNOWLEDGMENT

STATE OF <u>TEXAS</u>)

COUNTY OF <u>TARRANT</u>)

On this <u>17TH</u> day of <u>December</u>, <u>2015</u>, before me, the undersigned Notary Public in and for the said County and State, personally appeared (name)_____ Clifford E. Wilson _____ known to me to be the person described in and who executed the foregoing instrument, and who acknowledged to me that (circle one) he/she did so freely and voluntarily and for the uses and purposes therein mentioned.
WITNESS my hand and official seal.

NOTARY PUBLIC <u>Jena D. Suarez</u>
Residing at <u>2200 W. Airfield, DFW Airport TX 75261-9810</u>

My Commission expires _____



JENA D. SUAREZ
MY COMMISSION EXPIRES
March 21, 2017

| Form 424 (Revised 01/06) Return in duplicate to: Secretary of State P.O. Box 13697 Austin, TX 78711-3697 512 463-5555 FAX: 512/463-5709 Filing Fee: See instructions |  Certificate of Amendment | This space reserved for office use. **FILED** In the Office of the Secretary of State of Texas OCT 18 2006 **Corporations Section** |

## Entity Information

The name of the filing entity is:

Verizon Directories Corp.

State the name of the entity as currently shown in the records of the secretary of state. If the amendment changes the name of the entity, state the old name and not the new name.

The filing entity is a: (Select the appropriate entity type below.)

☑ For-profit Corporation   ☐ Professional Corporation
☐ Nonprofit Corporation   ☐ Professional Limited Liability Company
☐ Cooperative Association   ☐ Professional Association
☐ Limited Liability Company   ☐ Limited Partnership

The file number issued to the filing entity by the secretary of state is: _____

The date of formation of the entity is: _____

## Amendments

### 1. Amended Name
(If the purpose of the certificate of amendment is to change the name of the entity, use the following statement)

The amendment changes the certificate of formation to change the article or provision that names the filing entity. The article or provision is amended to read as follows:

The name of the filing entity is: (state the new name of the entity below)

Idearc Media Corp.

The name of the entity must contain an organizational designation or accepted abbreviation of such term, as applicable.

### 2. Amended Registered Agent/Registered Office

The amendment changes the certificate of formation to change the article or provision stating the name of the registered agent and the registered office address of the filing entity. The article or provision is amended to read as follows:

RECEIVED
Form 424
OCT 18 2006
Secretary of State

6

Exhibit A

Registered Agent
(Complete either A or B, but not both. Also complete C.)

☐ A. The registered agent is an organization (cannot be entity named above) by the name of:

_____

OR

☐ B. The registered agent is an individual resident of the state whose name is:

_____
*First Name*                          *M.I.*           *Last Name*                          *Suffix*

C. The business address of the registered agent and the registered office address is:

                                                                  TX
_____
*Street Address (No P.O. Box)*               *City*                  *State*   *Zip Code*

### 3. Other Added, Altered, or Deleted Provisions

Other changes or additions to the certificate of formation may be made in the space provided below. If the space provided is insufficient, incorporate the additional text by providing an attachment to this form. Please read the instructions to this form for further information on format.

Text Area (The attached addendum, if any, is incorporated herein by reference.)

☐ Add each of the following provisions to the certificate of formation. The identification or reference of the added provision and the full text are as follows:

☐ Alter each of the following provisions of the certificate of formation. The identification or reference of the altered provision and the full text of the provision as amended are as follows:

☐ Delete each of the provisions identified below from the certificate of formation.

### Statement of Approval

The amendments to the certificate of formation have been approved in the manner required by the Texas Business Organizations Code and by the governing documents of the entity.

Form 424                                        7

Exhibit A

| Effectiveness of Filing (Select either A, B, or C.) |
|---|

A. ☑ This document becomes effective when the document is filed by the secretary of state.

B. ☐ This document becomes effective at a later date, which is not more than ninety (90) days from the date of signing. The delayed effective date is: _____

C. ☐ This document takes effect upon the occurrence of a future event or fact, other than the passage of time. The 90th day after the date of signing is: _____

The following event or fact will cause the document to take effect in the manner described below:

_____

_____

| Execution |
|---|

The undersigned signs this document subject to the penalties imposed by law for the submission of a materially false or fraudulent instrument.

Date: _10-18-2006_

_William G. Mundy_ (signature)
William G. Mundy
Vice President

Signature and title of authorized person(s) (see instructions)

Form 424                                           8

Exhibit A

# Delaware
## The First State

PAGE 1

I, HARRIET SMITH WINDSOR, SECRETARY OF STATE OF THE STATE OF DELAWARE, DO HEREBY CERTIFY THAT THE SAID "VERIZON DIRECTORIES CORP.", FILED A CERTIFICATE OF AMENDMENT, CHANGING ITS NAME TO "IDEARC MEDIA CORP.", THE EIGHTEENTH DAY OF OCTOBER, A.D. 2006, AT 11:11 O'CLOCK A.M.

AND I DO HEREBY FURTHER CERTIFY THAT THE AFORESAID CORPORATION IS DULY INCORPORATED UNDER THE LAWS OF THE STATE OF DELAWARE AND IS IN GOOD STANDING AND HAS A LEGAL CORPORATE EXISTENCE NOT HAVING BEEN CANCELLED OR DISSOLVED SO FAR AS THE RECORDS OF THIS OFFICE SHOW AND IS DULY AUTHORIZED TO TRANSACT BUSINESS.

2637998  8320
060955065

Harriet Smith Windsor, Secretary of State

AUTHENTICATION: 5124005

DATE: 10-18-06



Exhibit A

# Delaware
## The First State

PAGE 1

I, HARRIET SMITH WINDSOR, SECRETARY OF STATE OF THE STATE OF DELAWARE, DO HEREBY CERTIFY "IDEARC MEDIA CORP." IS DULY INCORPORATED UNDER THE LAWS OF THE STATE OF DELAWARE AND IS IN GOOD STANDING AND HAS A LEGAL CORPORATE EXISTENCE SO FAR AS THE RECORDS OF THIS OFFICE SHOW, AS OF THE EIGHTEENTH DAY OF OCTOBER, A.D. 2006.

AND I DO HEREBY FURTHER CERTIFY THAT THE SAID "IDEARC MEDIA CORP." WAS INCORPORATED ON THE TWENTY-SEVENTH DAY OF JUNE, A.D. 1996.

AND I DO HEREBY FURTHER CERTIFY THAT THE ANNUAL REPORTS HAVE BEEN FILED TO DATE.

AND I DO HEREBY FURTHER CERTIFY THAT THE FRANCHISE TAXES HAVE BEEN PAID TO DATE.



Harriet Smith Windsor, Secretary of State

2637998  8300

060955065

AUTHENTICATION: 5124003

DATE: 10-18-06

Exhibit A

# Delaware
## The First State

PAGE 1

I, HARRIET SMITH WINDSOR, SECRETARY OF STATE OF THE STATE OF DELAWARE, DO HEREBY CERTIFY THAT THE SAID "VERIZON DIRECTORIES CORP.", FILED A CERTIFICATE OF AMENDMENT, CHANGING ITS NAME TO "IDEARC MEDIA CORP.", THE EIGHTEENTH DAY OF OCTOBER, A.D. 2006, AT 11:11 O'CLOCK A.M.



2637998  8320
060955065

Harriet Smith Windsor, Secretary of State

AUTHENTICATION: 5124004

DATE: 10-18-06

Exhibit A

# Delaware

PAGE 1

## The First State

I, HARRIET SMITH WINDSOR, SECRETARY OF STATE OF THE STATE OF DELAWARE DO HEREBY CERTIFY THAT THE CERTIFICATE OF CONVERSION OF A DELAWARE CORPORATION "IDEARC MEDIA CORP." TO A DELAWARE LIMITED LIABILITY COMPANY OF "IDEARC MEDIA LLC", WAS FILED IN THIS OFFICE ON THE THIRTY-FIRST DAY OF DECEMBER, A.D. 2008, AT 12:01 O'CLOCK P.M.

AND I DO HEREBY FURTHER CERTIFY THAT THE EFFECTIVE DATE OF THE AFORESAID CERTIFICATE OF CONVERSION IS THE THIRTY-FIRST DAY OF DECEMBER, A.D. 2008, AT 11:59 O'CLOCK P.M.

**RECEIVED**
JAN 1 3 2009
Secretary of State

2637998  8317

090028231

You may verify this certificate online
at corp.delaware.gov/authver.shtml

*Harriet Smith Windsor*
Harriet Smith Windsor, Secretary of State
AUTHENTICATION: 7077776

DATE: 01-13-09

Exhibit B

| Form 406<br>(Revised 09/09)<br><br>Return in duplicate to:<br>Secretary of State<br>P.O. Box 13697<br>Austin, TX 78711-3697<br>512 463-5555<br>FAX: 512/463-5709<br>Filing Fee: See instructions | <br><br>**Amendment to Registration** | This space reserved for office use.<br><br>**FILED**<br>**In the Office of the**<br>**Secretary of State of Texas**<br><br>**JAN 15 2010**<br><br>**Corporations Section** |

## Entity Information

1. The legal name of the filing entity is:

Ideare Media LLC

*State the name of the entity as currently shown in the records of the secretary of state.*

2. If the entity attained its registration under an assumed name, the qualifying assumed name as shown on the records of the secretary of state is:

---

3. The registration was issued to the entity on:     01/13/2009
                                                                                                           *mm/dd/yyyy*

The file number issued to the filing entity by the secretary of state is:    801073911

## Amendments to Application

4. The registration is amended to change the legal name of the entity as amended in the entity's jurisdiction of formation. The new name is:

SuperMedia LLC

    ☒ The entity was registered with the secretary of state before January 1, 2006, and has not elected early adoption of the BOC and in accordance with the law applicable to the entity has attached a certificate from the proper filing office in the jurisdiction of formation evidencing the name change.

    ☐ The entity was registered with the secretary of state on or after January 1, 2006, or has filed an early adoption statement with the secretary of state and is not required to attach a certificate evidencing the name change in the jurisdiction of formation.

5. The new name of the entity is not available for use in Texas or fails to include an appropriate organizational designation. Or, the entity wishes to amend the qualifying assumed name stated on its application for registration or amended registration. The assumed name the entity elects to adopt for purposes of maintaining its registration is:

---

Form 406                                                                   4

TX041 - 09/17/2009 CT Filing Manager Online.

Exhibit C

6. The registration is amended to change the business or activity stated in its application for registration or amended registration. The business or activity that the entity proposes to pursue in this state is:
The purpose of the company is to engage in any lawful activity permitted under the Texas Business Organizations Code.

The entity certifies that it is authorized to pursue the same business or activity under the laws of the entity's jurisdiction of formation.

## Other Changes to the Application for Registration

7. The foreign filing entity desires to amend its application for registration to make changes other than or in addition to those stated above. Statements contained in the original application or any amended application are identified by number or description and changed to read as follows:

## Effectiveness of Filing (Select either A, B, or C.)

A. ☒ This document becomes effective when the document is filed by the secretary of state.

B. ☐ This document becomes effective at a later date, which is not more than ninety (90) days from the date of signing. The delayed effective date is: _____

C. ☐ This document takes effect upon the occurrence of a future event or fact, other than the passage of time. The 90th day after the date of signing is: _____
The following event or fact will cause the document to take effect in the manner described below:

## Execution

The undersigned signs this document subject to the penalties imposed by law for the submission of a materially false or fraudulent instrument and certifies under penalty of perjury that the undersigned is authorized under the provisions of law governing the entity to execute the filing instrument.

Date: January 14, 2010

*Theresa V. Murray*
Signature of authorized person (see instructions)

Theresa V. Murray, Asst. Secretary
Printed or typed name of authorized person.

Form 406      5

TX943 - 09/17/2009 C T Filing Manager Online

**Exhibit C**

# UNITED STATES
## SECURITIES AND EXCHANGE COMMISSION
Washington, D.C. 20549

# FORM 10-K

(Mark One)

☑ **ANNUAL REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934**

For the fiscal year ended December 31, 2013

OR

☐ **TRANSITION REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934**

For the transition period from_____to_____

Commission file number 001-07155

# DEX MEDIA, INC.
(Exact name of registrant as specified in its charter)

| Delaware | 13-2740040 |
|---|---|
| (State or other jurisdiction of incorporation or organization) | (I.R.S. Employer Identification No.) |
| 2200 West Airfield Drive, P.O. Box 619810 D/FW Airport, TX | 75261 |
| (Address of principal executive offices) | (Zip Code) |

Registrant's telephone number, including area code (972) 453-7000

Securities registered pursuant to Section 12(b) of the Act:

| Title of class | Name of exchange on which registered |
|---|---|
| Common Stock, par value $.001 per share | The Nasdaq Stock Market LLC (The Nasdaq Global Select Market) |

Securities registered pursuant to Section 12(g) of the Act: None

Indicate by check mark if the registrant is a well-known seasoned issuer, as defined in Rule 405 of the Securities Act.

Yes ☐ No ☑

Indicate by check mark if the registrant is not required to file reports pursuant to Section 13 or Section 15(d) of the Securities Exchange Act of 1934.

Yes ☐ No ☑

Indicate by check mark whether the registrant: (1) has filed all reports required to be filed by Sections 13 or 15(d) of the Securities Exchange Act of 1934 during the preceding 12 months (or for such shorter period that the registrant was required to file such reports), and (2) has been subject to such filing requirements for the past 90 days.

Yes ☑ No ☐

Indicate by check mark whether the registrant has submitted electronically and posted on its corporate Website, if any, every Interactive Data File required to be submitted and posted pursuant to Rule 405 of Regulation S-T (Section 232.405 of this chapter) during the preceding 12 months (or for such shorter period that the registrant was required to submit and post such files).

Yes ☑ No ☐

Indicate by check mark if disclosure of delinquent filers pursuant to Item 405 of Regulation S-K (Section 229.405 of this chapter) is not contained herein, and will not be contained, to the best of registrant's knowledge, in definitive proxy or information statements incorporated by reference in Part III of this Form 10-K or any amendment to this Form 10-K. ☑

Indicate by check mark whether the registrant is a large accelerated filer, an accelerated filer, a non-accelerated filer, or a smaller reporting company. See the definitions of "large accelerated filer," "accelerated filer" and "smaller reporting company" in Rule 12b-2 of the Securities Exchange Act of 1934.

Large accelerated filer ☐    Accelerated filer ☑    Non-accelerated filer ☐    Smaller reporting company ☐

(Do not check if a smaller reporting company)

Indicate by check mark whether the registrant is a shell company (as defined in Rule 12b-2 of the Securities Exchange Act of 1934).

Exhibit D

Exhibit 21.1

## DEX MEDIA, INC.

Subsidiaries of the Company as of March 1, 2014

Parent Level:    **Dex Media, Inc.**, a Delaware corporation; trades on the **NASDAQ Stock Market LLC as "DXM"**.

Tier 1 Subsidiaries:    **R.H. Donnelley Inc.**, a Delaware corporation (wholly-owned by Dex Media, Inc.). R.H. Donnelley Inc. is registered to do business as Dex and as Dex One in various states.

**Dex One Digital, Inc.**, a Delaware corporation (wholly-owned by Dex Media, Inc.). Dex One Digital, Inc. is registered to do business as Dex Digital in various states.

**Dex Media Holdings, Inc.**, a Delaware corporation (wholly-owned by Dex Media, Inc.). Dex Media Holdings, Inc. is registered to do business as Dex and Dex One in various states.

**Dex One Service, Inc.**, a Delaware corporation (wholly-owned by Dex Media, Inc.). Dex One Service, Inc. is registered to do business as Dex and Dex One in various states.

**R.H. Donnelley Corporation**, a Delaware corporation (wholly-owned by Dex Media, Inc.).

**SuperMedia Inc.**, a Delaware corporation (wholly-owned by Dex Media, Inc.).

Tier 2 Subsidiaries:

**Dex Media East, Inc.**, a Delaware corporation (wholly-owned by Dex Media Holdings, Inc.).

**Dex Media West, Inc.**, a Delaware corporation (wholly-owned by Dex Media Holdings, Inc.).

**R.H. Donnelley APIL, Inc.**, a Delaware corporation (wholly-owned by R.H. Donnelley Inc.).

**R.H. Donnelley BRE LLC**, a Delaware limited liability company (wholly-owned by R.H. Donnelley Inc.).

**Dex One Digital BRE LLC**, a Delaware limited liability company (wholly-owned by Dex One Digital, Inc.).

**Dex Media BRE LLC**, a Delaware limited liability company (wholly-owned by Dex Media Holdings, Inc.).

**Dex One Services BRE LLC**, a Delaware limited liability company (wholly-owned by Dex One Service, Inc.)

**R.H. Donnelley 2 BRE LLC**, a Delaware limited liability company (wholly-owned by R.H. Donnelley Corporation).

→ **SuperMedia LLC**, a Delaware corporation (wholly-owned by SuperMedia Inc.). SuperMedia LLC is registered to do business as Dex Media in various states.

Exhibit D

**2015 FOREIGN LIMITED LIABILITY COMPANY ANNUAL REPORT**
DOCUMENT# M09000001037

**Entity Name:** SUPERMEDIA LLC

**Current Principal Place of Business:**
2200 W. AIRFIELD DR.
D/FW AIRPORT, TX  75261-9810

**Current Mailing Address:**
P.O. BOX 619810
D/FW AIRPORT, TX  75261-9810  US

**FEI Number:** 75-2666092

**Name and Address of Current Registered Agent:**
C T CORPORATION SYSTEM
1200 SOUTH PINE ISLAND ROAD
PLANTATION, FL  33324  US

**FILED**
Apr 16, 2015
Secretary of State
CC9191491435

**Certificate of Status Desired:** No

*The above named entity submits this statement for the purpose of changing its registered office or registered agent, or both, in the State of Florida.*

SIGNATURE: _____
                        Electronic Signature of Registered Agent                                                                 Date

**Authorized Person(s) Detail :**

| | | | |
|---|---|---|---|
| Title | MGR | Title | MGR |
| Name | ROUSE, PAUL D | Name | FERRELL, RAYMOND |
| Address | P.O. BOX 619810 | Address | P.O. BOX 619810 |
| City-State-Zip: | D/FW AIRPORT  TX  75261-9810 | City-State-Zip: | D/FW AIRPORT  TX  75261-9810 |
| Title | MGR | Title | MGR |
| Name | WALSH, JOSEPH A. | Name | BABAN, LIUBA |
| Address | P.O. BOX 619810 | Address | P.O. BOX 619810 |
| City-State-Zip: | D/FW AIRPORT  TX  75261-9810 | City-State-Zip: | D/FW AIRPORT  TX  75261-9810 |
| Title | MGR | | |
| Name | WILSON, CLIFFORD E | | |
| Address | P.O. BOX 619810 | | |
| City-State-Zip: | D/FW AIRPORT  TX  75261-9810 | | |

*I hereby certify that the information indicated on this report or supplemental report is true and accurate and that my electronic signature shall have the same legal effect as if made under oath; that I am a managing member or manager of the limited liability company or the receiver or trustee empowered to execute this report as required by Chapter 605, Florida Statutes; and that my name appears above, or on an attachment with all other like empowered.*

SIGNATURE: LIUBA BABAN                                                                   ASSISTANT SECRETARY      04/16/2015
                Electronic Signature of Signing Authorized Person(s) Detail                                                                                                 Date

Exhibit E