[Dogmuf] [Order Granting Motion for Payment Unclaimed Funds]

ORDERED.

**Dated:** _Jan. 22, 2016_

_Catherine M. McEwen_

Catherine Peek McEwen
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION
www.flmb.uscourts.gov

In re:                                                    Case No. 8:08−bk−00987−CPM
                                                          Chapter 7
MAPSource, Inc.

_____Debtor*_____/

### ORDER GRANTING MOTION FOR PAYMENT OF UNCLAIMED FUNDS

THIS CASE came on for consideration, without a hearing, of the Motion for Payment of Unclaimed Funds (the "Motion"). The Motion was filed on January 8, 2016 , by Dilks & Knopik, LLC on behalf of Dex Media, Inc., successor in interest to Verizon Directories . Having verified that the sum of $ 2,948.05 has been deposited in the Unclaimed Funds Registry of the Court, the Court finds that the Motion should be granted.

Accordingly it is

**ORDERED:**

1. The Motion is granted.

2. The Court's Financial Deputy shall prepare a payment voucher to be sent to the United States District Court in Orlando, Florida, for payment of the sum of $ 2,948.05 to:

Dex Media, Inc.
c/o Dilks & Knopik, LLC
35308 SE Center Street
Snoqualmie, WA 98065−9216

*All references to "Debtor" shall include and refer to both of the debtors in a case filed jointly by two individuals.

The Clerk's office is directed to serve a copy of this order on interested parties.

Original to Financial Administrator